UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>P. THOMPSON,<br><br>Respondent. | No. 2:20-cv-00532 WBS DB P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion requesting to proceed in forma pauperis. (ECF No. 6.) Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Petitioner appears to seek habeas relief in relation to the denial of "First Step Act" credits. (ECF No. 1.) However, petitioner did not file the pleading on one of this court's forms. (See generally id.) The court requires all petitions for writ of habeas corpus to be filed on the proper form. L.R. 190(b). Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

1

Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  Furthermore, although petitioner may submit a separate memorandum and exhibits to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted;

2. Petitioner's application for writ of habeas corpus, filed March 9, 2020 (ECF No. 1), is DISMISSED with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "First Amended Petition," and

4. The Clerk of Court is directed to send petitioner a copy of this court's 28 U.S.C. § 2254 habeas corpus application.

Dated:  April 30, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Habeas/R/john0532.115